IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 DEC 13 PM 4:03
OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | 4:22CR3154 |
|---|---|
| Plaintiff, | **SEALED** |
| vs. | INDICTMENT |
| SCOTT A. BERNDT; LOUISE GINA POLYANSKY; REBECCA FRANKENSTEIN, | 21 U.S.C. § 841(a)(1), (b)(1)<br>21 U.S.C. § 846<br>21 U.S.C. § 851 |
| Defendants. | |

The Grand Jury charges that

## COUNT I

Beginning on or about November 1, 2020, and continuing to on or about December 18, 2021, in the District of Nebraska, Defendants SCOTT A. BERNDT, LOUISE GINA POLYANSKY, and REBECCA FRANKENSTEIN did knowingly and intentionally combine, conspire, confederate, and agree together and with other persons to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

Before Defendant SCOTT A. BERNDT committed the offense charged in this count, he had a final conviction for a serious violent felony, namely, a conviction under Robbery in violation of Nebraska Revised Statutes § 28-324 in the District Court for Lancaster County, Nebraska (Case No. 88-260), for which he served more than 12 months of imprisonment.

SEALED

In violation of Title 21, United States Code, Section 846 and Title 21, United States Code, 851.

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
JOHN J. SCHOETTLE, #IL6321461
Assistant U.S. Attorney